CHRISTOPHER GONZALES DAVILA
#67100-480
UNITED STATES PENITENTIARY-BIG-SANDY
P.O. BOX-2068
INEZ, KENTUCKY

**FILED**
JAN 25 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**FILED**
November 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ MGR DEPUTY

SA-05-CR-621-XR ✓

SA-16-CR-236-XR-9

November 20, 2022

SA23CA0099XR

SALUTATION: DISTRICT CLERK.

THERE IS A SMALL CLERICAL ERROR I HAVE IN MY COMPUTATION DATA SHEET EXHIBIT (A) I HAVE ASKED CASE MANAGER HERE AT USP-BIG SANDY TO FIX THIS CLERICAL ERROR WHICH THEY HAVE REFUSED TOO AND HAVE OBSTRUCTED MY REMEDY PROCESS BY NOT GIVING ME MY GRIEVANCE PROCESS. IT SAYS I'M FIRST SENTENCING ACT INELIGIBLE BECAUSE OF A DEATH, INJURY, OFFENSE CODE 241-841(A)(1) AND 841(b)(1)(c). IF YOU REVIEW P.S.I DOCKET NUMBER SA-05-CR-621(01)-XR AND DOCKET NUMBER 5:16-CR-00236-XR(9) I HAVE NO VICTIM'S DEATH INJURY IN EITHER OF MY CASE LOADS.

EXHIBIT (A) COMPUTATION DATA SHEET.

I PRAY THAT THE COURTS CAN FIX THIS CLERICAL ERROR SO I CAN BE ELIGIBLE FOR THE FIRST SENTENCING ACT.

SIGNATURE: Christopher Jones #67100480
DATE 11-20-2022

```
 BSYA4   540*23 *           SENTENCE MONITORING          *    11-17-2022
 PAGE 001         *          COMPUTATION DATA            *    08:09:45
                              AS OF 11-17-2022

REGNO..: 67100-180 NAME: DAVILA, CHRISTOPHER JAMES


FBI NO............: 706468DC6          DATE OF BIRTH: 08-31-1983  AGE:  39
ARS1..............: BSY/A-DES
UNIT..............: C UNIT              QUARTERS.....: Z04-249LAD
DETAINERS.........: NO                  NOTIFICATIONS: YES

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-06-2025

THE INMATE IS PROJECTED FOR RELEASE: 09-06-2025 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION............: TEXAS, WESTERN DISTRICT
DOCKET NUMBER....................: 5:16-CR-00236-XR(9)
JUDGE............................: RODRIGUEZ
DATE SENTENCED/PROBATION IMPOSED: 07-06-2017
DATE COMMITTED...................: 04-02-2021
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:    $100.00        $00.00          $00.00        $00.00

RESTITUTION...:    PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:   420      21:841 DRUGS, DEATH/INJ FSA       FSA INELIGIBLE
OFF/CHG: 21:841(A)(1) & 841(B)(1)(C) DISTRIBUTION AND POSSESSION WITH
          INTENT TO DISTRIBUTE METHAMPHETAMINE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     70 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 06-10-2015




G0002         MORE PAGES TO FOLLOW . . .
```

EXHIBIT (A)

```
  BSYA4   540*23  *           SENTENCE MONITORING         *    11-17-2022
  PAGE 002         *           COMPUTATION DATA            *    08:09:45
                                AS OF 11-17-2022

REGNO..: 67100-180 NAME: DAVILA, CHRISTOPHER JAMES


-------------------------CURRENT COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 07-20-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-20-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 09-18-2020
TOTAL TERM IN EFFECT............:    70 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 06-10-2015

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 314
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 09-06-2025
ELDERLY OFFENDER TWO THIRDS DATE: 08-07-2024
EXPIRATION FULL TERM DATE.......: 07-17-2026
TIME SERVED.....................:     2 YEARS      2 MONTHS
PERCENTAGE OF FULL TERM SERVED..:  37.1
PERCENT OF STATUTORY TERM SERVED:  43.5

PROJECTED SATISFACTION DATE.....: 09-06-2025
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: R/O FROM STATE SENT, DCB=9-18-20 J/SMK.
                7/20/21 DOI CHANGED TO 7-6-17 J/BPW




G0002          MORE PAGES TO FOLLOW . . .
```



INMATE NAME: CHRISTOPHER OSUNA
REGISTER # 61100-140
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

CHARLESTON WV 250
21 NOV 2022 PM 4 L

DISTRICT CLERK OFFICE
JOHN H. WOOD JR. UNITED STATES COURT HOUSE
655 EAST CESAR CHAVEZ Blvd.
SAN ANTONIO, TEXAS 78206

RECEIVED
NOV 28 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

LEGAL MAIL

78206-119499