UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER JAMES DAVILA** | § § § | |
| **v.** | § § | **SA-23-CV-00097-XR** <br> **SA-23-CV-00099-XR** |
| **WARDEN, USP BIG SANDY** | § § § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. The Court dismissed Petitioner Christopher James Davila's petition for writ of habeas corpus. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Christopher James Davila's petition for writ of habeas corpus is hereby **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** this January 27, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE